# Exhibit A

B███ M███
D.O.B.: 01/18/2008 (Age: 14.0)
Normal Life Expectancy 67.8 Years

# EXHIBIT A
## PERIODIC PAYMENTS

| Payment Description | Costs | Guaranteed Payout | Expected Payout |
|---|---|---|---|
| **CASH AT SETTLEMENT   PAYABLE TO GAL** | $50,000.00 | $50,000.00 | $50,000.00 |
| **PAYABLE TO KIMBERLY JENKINS AS GUARDIAN TO B███'S AGE 18** <br> $2,000.00 payable monthly, beginning 03/18/2022 (Age 14.2) for 3 years 10 months certain only.  Last guaranteed payment is due 12/18/2025. | | $92,000.00 | $92,000.00 |
| **TAX-FREE GUARANTEED LUMP SUM AT AGE 18** <br> $100,000.00 on 01/18/2026 (Age 18.0). | | $100,000.00 | $100,000.00 |
| **TAX-FREE GUARANTEED PAYMENTS AT AGE 18 TO AGE 30** <br> $3,000.00 payable monthly, beginning 01/18/2026 (Age 18.0) for 12 years certain only.  Last guaranteed payment is due 12/18/2037. | | $432,000.00 | $432,000.00 |
| **TAX-FREE GUARANTEED LUMP SUM AT AGE 21** <br> $250,000.00 on 01/18/2029 (Age 21.0). | | $250,000.00 | $250,000.00 |
| **TAX-FREE GUARANTEED LUMP SUM AT AGE 25** <br> $400,000.00 on 01/18/2033 (Age 25.0). | | $400,000.00 | $400,000.00 |
| **TAX-FREE GUARANTEED LUMP SUM AT AGE 30** <br> $996,391.26 on 01/18/2038 (Age 30.0). | $1,819,136.63 | $996,391.26 | $996,391.26 |
| Totals: | $1,869,136.63 | $2,320,391.26 | $2,320,391.26 |

Total Internal Rate of Return:  2.90%

Quoted through Metropolitan Tower Life Insurance Company and Pacific Life Insurance Company, rated A+ Superior by AM Best and AA- Very Strong by S&P ratings service. All periodic payments including interest are income tax-free in accordance with IRS Code Section 104(a)(2). Rate of return shown is taxable equivalent based on Federal rate of 28% and State rate of 6%. Assumes funding of on or before 02-20-2022

Michael J. Pickett, CSSC. Summit Structured Settlements. (800) 326-1078. PickettStructures@HotMail.com

THE NUMBERS CONTAINED HEREIN ARE CONTINGENT UPON VERIFICATION OF DATES OF BIRTH

**MICHAEL J. PICKETT, CSSC**

800.326.1078                    Summit Settlements                    pickettstructures@hotmail.c