# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONDRA WILLIAMS, as Guardian ad Litem for Minor "S.M."; SOLEMULI AFAESE, as Guardian ad Litem for Minor "A.M"; & IRENE BAILEY as the representative for the Estate of Anthony McClain.<br><br>Plaintiffs,<br><br>v.<br><br>PASADENA P.D. OFC. EDWIN DUMAGUINDIN, OFC. C. ROSA, CITY OF PASADENA, & CHIEF JOHN PEREZ, individually and in their official capacities and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 20-CV-09042 VAP (ASx)<br><br>Assigned to Honorable Judge Virginia Phillips<br><br>**ORDER FOR COURT APPROVAL OF MINORS' COMPROMISE RE: G.A.L. WILLIAMS & G.A.L. AFAESE's PETITION FOR MINORS' COMPROMISE (DKT NO. 27)**<br><br>NO HEARING REQUIRED |

///

///

1

**ORDER FOR COURT APPROVAL OF MINORS' COMPROMISE for WILLIAMS & AFAESE**

**GOOD CAUSE HAVING BEEN FOUND,**

**THIS HONORABLE COURT ORDERS**:

Within 14 days of this ORDER the City of Pasadena provides the following:

1.)   A Check payable to the "Attorney/ Client Trust Account for Caree Annette Harper" in the amount of **$2,111, 240.00** ($1,200,000.00  in advances to each of the Guardian *ad Litems* for living expenses; $911,240.00 for Attorneys fees and costs);

2.)   A Check payable to the USAA Annuity Services Corp. in the amount of **$900,000.00** for the purchase of the annuity in **Exhibit A** for "S.M.";

3.).   A Check payable to the Mutual of Omaha Structured Settlement Co. in the amount of **$900,000.00** for the purchase of the annuity in **Exhibit B** for **"AM"**;

**4.)**   A Check payable to Pacific Life & Annuity Services, Inc. in the amount of **$888,760.00** for an attorneys fee annuity;

5)   Check payable to BHG Structured Settlements, Inc. in the amount of **$200,000.00** for an attorneys fee annuity.

Dated: December 22, 2021

HON. VIRGINIA A. PHILLIPS
DISTRICT COURT JUDGE

CC: FISCAL

2

**ORDER FOR COURT APPROVAL OF MINORS' COMPROMISE for WILLIAMS & AFAESE**