# FINN FINANCIAL GROUP, LLC
## Structured Settlement Proposal
### for
### *S. M.*

*Date of Birth: July 2, 2018 (Female)*

Quote Date: January 28, 2022
Purchase Date: By March 1, 2022

## Option 3

| **Benefit Description** | **Guaranteed Benefit** | **Cost** |
|---|---|---|
| **Guaranteed Income:** | | |
| $1,000.00 per Month, Guaranteed 14 Years and 3 Months ONLY. Benefits Commence 04/01/2022 and Remain Level. | $171,000.00 | $159,148.00 |
| **Guaranteed Income:** | | |
| $2,500.00 per Month, Guaranteed 12 Years ONLY. Benefits Commence 07/02/2036 and Remain Level. | $360,000.00 | $213,315.00 |
| **Guaranteed Lump Sums:** | | |
| - Payable 07/02/2036 (Age 18). | $232,704.29 | |
| - Payable 07/02/2039 (Age 21). | $200,000.00 | |
| - Payable 07/02/2043 (Age 25). | $300,000.00 | |
| - Payable 07/02/2048 (Age 30). | $653,979.23 | $786,685.00 |
| **Total:** | $1,746,683.52 | **$1,159,148.00** |

*Internal Rate of Return (IRR):* **2.65%**
*Tax Equivalent Yield (TEY):* **4.03%**
   (TEY Assumes 34% Tax Bracket)

\* All payments are income tax-free in accordance with Internal Revenue Code Section 104(a)(1)

\* This proposal is based upon the current rates for USAA Life, rated A++ by A. M. Best and
    Includes a Qualified Assignment to USAA Annuity Services Corp.

\* This proposal is an illustration, not a contract, and valid if funded by date listed. Pricing subject to change until funded.

\* IRR, TEY and Projected Payout, if any, based on Normal Life Expectancy

Prepared by:  Dan Finn, CPCU, MSSC, RICP® of Finn Financial Group, LLC
CA Insurance License:  0A96173