# FINN FINANCIAL GROUP, LLC

## Structured Settlement Proposal

for

## A. M.

*Date of Birth: November 20, 2011 (Male)*

Quote Date: January 28, 2022
Purchase Date: By March 1, 2022

## Option 3

| **Benefit Description** | **Guaranteed Benefit** | **Cost** |
|---|---|---|
| **Guaranteed Income:** | | |
| $2,000.00 per Month, Guaranteed 12 Years ONLY. Benefits Commence 04/01/2022 and Remain Level. | $184,000.00 | $181,875.62 |
| **Guaranteed Income:** | | |
| $1,500.00 per Month, Guaranteed 12 Years ONLY. Benefits Commence 11/20/2029 (Age 18) and Remain Level. | $216,000.00 | $158,808.09 |
| **Guaranteed Lump Sums:** | | |
| - Payable 11/20/2029 (Age 18). | $204,753.17 | |
| - Payable 11/20/2032 (Age 21). | $200,000.00 | |
| - Payable 11/20/2036 (Age 25). | $300,000.00 | |
| - Payable 11/20/2041 (Age 30). | $463,396.16 | $841,191.91 |
| **Total:** | $1,384,149.33 | **$1,181,875.62** |

*Internal Rate of Return (IRR):* **2.31%**
*Tax Equivalent Yield (TEY):* **3.52%**
   (TEY Assumes 34% Tax Bracket)

\* All payments are income tax-free in accordance with Internal Revenue Code Section 104(a)(1)
\* This proposal is based upon the current rates for United of Omaha Life, rated A+ by AM Best and
   Includes a Qualified Assignment to Mutual of Omaha Structured Settlement Settlement Company, Inc.

\* This proposal is an illustration, not a contract, and valid if funded by date listed. Pricing subject to change until funded.

\* IRR, TEY and Projected Payout, if any, based on Normal Life Expectancy

Prepared by:  Dan Finn, CPCU, MSSC, RICP® of Finn Financial Group, LLC
CA Insurance License:  0A96173