# CONSUMER INSTALLMENT LOAN AGREEMENT

| | |
|---|---|
| No: 711-1530138 | Date: 12/21/2021 |
| **Borrower:**<br>Williams, Diondra | **Lender:**<br>TreeMac Funding Group, LLC<br>8330 Meadow Road, Suite 114<br>Dallas, TX 75231 |

**Motor Vehicle:**
Chrysler 200 2012
1C3CCBHGXCN306443
PVH6167

In this Consumer Installment Loan Agreement ("Loan Agreement"), the words "you" and "your" mean the Borrower identified above. The words "we", "us", and "our" mean TreeMac Funding Group, LLC. The words "The Cash Store", "CSO", or "CAB" mean Cottonwood Financial Texas, LLC. d/b/a The Cash Store, a third-party credit services organization licensed as a Credit Access Business.

## YOUR PROMISE TO PAY

You promise to pay us $4,675.50(loan principal) plus interest from the date of this Loan Agreement until you repay the loan in full at the annual rate of 9.74915%, plus other permitted charges as set forth in this Loan Agreement. You agree to pay each "Payment Amount" shown in the ("Payment Schedule") below on or before each Payment Due Date. Each payment amount includes principal and interest, along with a portion of the "CAB Fee" you agreed to pay to The Cash Store under the terms of the Credit Services Agreement between you and The Cash Store. You agree to make payments without prior demand, notice, or claim of setoff. Your last payment must include all unpaid principal, accrued interest, CAB Fees and other charges. Your last payment may be somewhat higher or lower than shown in the Payment Schedule, depending on whether you make each scheduled payment on the exact Payment Due Date. Your payment must arrive at The Cash Store before for the close of business on the Payment Due Date, or at such other address as we direct you in writing. Your obligations under this Loan Agreement are separate from any rebate or promotional payment to which you may be entitled.

### Federal Truth-In-Lending Disclosures

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 334.36% | $4,257.57 | $3,603.00 | $7,860.57 |

Payment Schedule:

| Number of Payments | Payment Amount | When Payments are Due |
|---|---|---|
| 1 | $1,314.67 | 01/21/2022 |
| 1 | $1,314.67 | 02/21/2022 |
| 1 | $1,314.67 | 03/24/2022 |
| 1 | $1,314.67 | 04/24/2022 |
| 1 | $1,314.67 | 05/25/2022 |
| 1 | $1,287.22 | 06/19/2022 |

Security:     You are giving a security interest in the Vehicle to CAB. CAB's letter of credit secures this Note.
Prepayment:   If you pay off early, you will not have to pay a penalty and you may be entitled to a refund of part of the Finance Charges. See the terms below for any additional information about nonpayment, default, and prepayment rebates and penalties.

### Itemization of Amount Financed of $3,603.00

Itemization of Amount Financed:

| | | |
|---|---|---|
| 1. | Amount given to you directly | $3,575.00 |
| 2. | Amount paid on your account with us:<br>Loan # NA | $0.00 |
| 3. | Additional Proceeds:<br>Initial fee payable to the CAB | $1,072.50 |
| 4. | Amount paid on your account with The Cash Store:<br>Loan # NA | $0.00 |
| 5. | Amount paid to public officials | $28.00 |
| 6. | Total Loan Principal | $4,675.50 |
| 7. | Prepaid finance charge:<br>Initial fee payable to the CAB | $1,072.50 |
| 8. | Amount Financed | $3,603.00 |

NOTICE: THIS DOCUMENT CONTAINS MORE THAN ONE PAGE
TX TLINS CLA 200403