**Shipley Child Health Clinic**
919 Second Street NE
Canton, OH 44704 USA
330-453-3386

## Patient Care Plan

**Patient Information**

A~~NTHONY T MCCLAIN~~
~~615 ARLINGTON AVE NW~~ -
CANTON, OH 44708 US

Phone: ~~(800) 284-0650~~
DOB: ~~November 20,~~ 2011
MRN: 916-5635.1

**Date of visit:**     November 12, 2021 09:45 AM
**Provider:**     Stacie Huff APRN-CNP, PMHS
**Reason for visit:**
**Vital Signs:**
Date: 11-12-2021 at 9:04 AM, T: 97.2 F (Temporal), P: 86 (Regular), BP: 94/64 mmHg (taken on left while sitting), Ht: 4 ft 7 in   - Percentile: 57 Change in percentile: -1, Wt: 72 lb   - Percentile: 55 Change in percentile: -3, BMI: 16.73 (51%), Resp. Rate: 22

**Diagnosis:**     (F90.2) Attention deficit hyperactivity disorder combined type (SCT31177006),

**Medications prescribed today:**
*(The following medications have been prescribed for you. Please remember to pick up your prescriptions at the pharmacy listed below.)*
- Vyvanse 40 mg capsule; Take 1 Capsule orally once per day qam for 30 days

**Medications:**
*(The following is a complete list of your current medications as of 11/12/2021 at 09:30 AM.)*
- Vyvanse 40 mg capsule; Take 1 Capsule orally once per day qam for 30 days from: 11/12/2021 to: 12/12/2021

**Medication Allergies:**
- No known allergies
- Not allergic to No Known Drug Allergies

**Diagnostic Tests / Procedures:**
*(The following is a list of diagnostic tests / procedures that were performed or ordered during your visit.)*
- Body Mass Index (BMI), documented (PV) Performed in Clinic 11/12/2021

**Immunizations:**
*(The following immunization(s) were given today.)*
- influenza, injectable, quadrivalent (Flulaval and Fluarix) Performed in Clinic 11/12/2021

**Instructions:**
*(The following is a list of specific instructions and follow-up care recommendations.)*
- Continue current therapy 11/12/2021 (Will dose earlier at 7am. )
- Avoid caffeine 11/12/2021
- Good sleep hygiene 11/12/2021
- Reviewed OARRS for history of fills and f/u. 11/12/2021
- Spoke of consistency of dosing with CII medication and f/u. Also instructed that if pt does not adhere to instructions and plan, we may not be able to treat them for ADHD. 11/12/2021
- RTC in 1 month for re-valuation and PRN 11/12/2021 (Will see if he is still struggling in the mornings. If so, will increase Vyvanse to 50mg dose.)

## Problem List

(F80.1) Language development disorder [SCT231535000]