| From: | Caree Harper |
| --- | --- |
| To: | "EdwardRay@coletitle.com" |
| Cc: | "Diondra Williams" |
| Subject: | House purchase by Minor "SM" |
| Date: | Monday, January 24, 2022 11:34:00 AM |

Hello Mr. Ray,

This email serves as a follow-up to our conversation a few moments ago. I represent Minor S[redacted] whose father was tragically killed in 2020. My representation has afforded the child a very considerable sum when she reaches majority. Her and her mother need a home now and they have found one in Bonham for approximately $215,000.00. The child can afford to pay for the home outright, but the Court will require the property be in the Minor's name and for some reason if the purchase falls through the funds will need to remain in escrow or be returned to the blocked account for the Minor. Can you assist with this?

I have cc'd the Minor's mom, Ms. Diondra Williams. Please reach out with questions, as time is of the essence. Thank you!

Signed,
Caree Harper
(213) 386-5078

www.careeharper.com
https://profiles.superlawyers.com/california-southern/santa-monica/lawyer/caree-harper/18a5cbb5-29b9-42d2-a5bd-08bf9deab552.html

Law Offices of Caree Harper
100 Wilshire Blvd Suite 700
Santa Monica, CA 90401

********** Confidentiality Notice ************
This electronic message transmission contains information from the Law Offices of Caree Harper, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.