**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| DIONDRA WILLIAMS, as Guardian *ad Litem* for Minor "SM"; SOLEMULI AFAESE, as Guardian *ad Litem for "AM";* and IRENE BAILEY for the Estate of ANTHONY McCLAIN<br><br>                      Plaintiffs,<br><br>    vs.<br><br>PASADENA POLICE OFCRs. EDWIN DUMAGUINDIN, C.ROSA, CITY OF PASADENA, & CHIEF JOHN PEREZ, individually and in their official capacities and Does 1-10, inclusive<br><br>                      Defendants. | CASE NO. 20-cv-9042 VAP (as)<br><br>**[PROPOSED] ORDER FOR REVISED PETITION FOR MINORS' COMPROMISE; ADVANCE TO G.A.Ls; AND ATTORNEYS FEES & COSTS**<br><br>Trial:      4/12/21<br>PTC:      4/4/21<br>Discovery<br>Cut-off:   1/24/22<br><br>Expert<br>Designation<br>Cut-off:   11/29/21 |

///

///

///

---

**[PROPOSED] ORDER**

**GOOD CAUSE HAVING BEEN SHOWN:**

**Plaintiff "AM"s PETITION FOR MINORS' COMPROMISE is approved as follows:**

1.    The request for a monthly payment in the amount of **$2,000.00** is

GRANTED:_ _____
DENIED:_____

2.    Within (14) days of the date of this Order, the City of Pasadena shall provide the Mutual of Omaha annuity company a draft in the amount of **$181,875.62** for the purchase of the annuity that will payout $$184,000.00 over the next (8) years until the Minor is 18 years of age.

GRANTED:_____
DENIED:_____

3.    On Minor AM's 13th birthday (11/20/2024) the City of Pasadena shall provide a check for $5,000.00 in the name of "Minor AM's (name spelled out) Youth Account at Fidelity Investments" to establish his youth brokerage account.

GRANTED:_____
DENIED:_____

4.    On Minor AM's 16th birthday (11/20/27) City of Pasadena shall provide a check to the Minor in the amount of $25,000.00 to purchase a vehicle.

GRANTED:_____
DENIED:_____

///

///

///

2

*[Proposed]* ORDER

## Plaintiff "SM"s PETITION FOR MINORS' COMPROMISE is approved as follows:

1.      The request for a monthly payment in the amount of **$1,000.00** is GRANTED:_____
DENIED:_____

2.      Within (14) days of the date of this Order, the City of Pasadena shall provide the USAA Life annuity company a draft in the amount of **$159,148.00** for

the purchase of the annuity that will payout $171,000.00 over the next (15) years.
GRANTED:_____
DENIED:_____

3.      The request for a home purchase in the name of an "Irrevocable Trust for Minor SM (Name shall be spelled out)" for $205,000.00 is:
GRANTED:_____

DENIED:_____

4.      Attorney Harper shall lodge the trust instrument and closing documents with the Court, immediately after closing.  If escrow does not close within (60) days, Cole Title[1] is ordered to return the funds to the Attorney/ Client Trust Account of Caree Harper or Minor SM's blocked account, forthwith.  A check in the amount of $205,000.00 payable to the order of "Cole Title" in Texas, or the Attorney/ Client Trust Account of Caree Harper is:
GRANTED:_____
DENIED:_____
_____

5.      Within 14 days of this Order, the City of Pasadena shall provide $2,500.00 check to Texas trust **attorney Myles Porter**:

GRANTED:_____
DENIED:_____

_____

[1] Per email to Edward Ray of Cole Title Company in Texas Exhibit "I"

*[Proposed]* ORDER

6.      On Minor SM's 13th birthday (7/2/2031) City of Pasadena shall provide a check in the amount of $5,000.00 to establish **"Minor SM's (name spelled out) Youth Account at Fidelity Investments"**

GRANTED:_____
DENIED:_____

7.      On Minor SM's 16th birthday (7/2/2034) City of Pasadena shall provide a check to minor "SM" (name spelled out) in the amount of $25,000.00 for the purchase of a **vehicle**.

GRANTED:_____
DENIED:___

8.      Within 14 Days of this Order the City of Pasadena shall provide a check to the **Attorney/ Client Trust Account of Attorney Caree Harper** for Minors AM and SM's immediate counseling, tuition, tutoring and extracurricular activities; and for Attorneys fees[2] and costs as follows:

_____

                                                      _____
                                                      Hon. Virginia A. Phillips
                                                      U.S. DISTRICT COURT JUDGE

_____

[2] Ms. Harper can designate portions of her fees to structure settlement annuities in amounts of her choosing, and the City of Pasadena is Ordered to cooperate and facilitate the purchase of said annuity.

*[Proposed]* **ORDER**