**EXHIBIT "A"**

# FINN FINANCIAL GROUP, LLC
## Structured Settlement Proposal
### for
## S. M.

### Date of Birth: July 2, 2018 (Female)

Quote Date: March 21, 2022
Purchase Date: By May 1, 2022

## Accepted Plan

| Benefit Description | Guaranteed Benefit | Cost |
|---|---|---|
| **Guaranteed Income:** $2,000.00 per Month, Guaranteed 14 Years and 2 Months ONLY. Benefits Commence 05/01/2022 and Remain Level. | $340,000.00 | |
| **Guaranteed Income:** $3,000.00 per Month, Guaranteed 12 Years ONLY. Benefits Commence 07/02/2036 and Remain Level. | $432,000.00 | |
| **Guaranteed Lump Sums:** | | |
| - Payable 07/02/2036 (Age 18). | $100,000.00 | |
| - Payable 07/02/2039 (Age 21). | $250,000.00 | |
| - Payable 07/02/2043 (Age 25). | $400,000.00 | |
| - Payable 07/02/2048 (Age 30). | $1,925,000.00 | $1,725,000.00 |
| **Total:** | $3,447,000.00 | **$1,725,000.00** |

*Internal Rate of Return (IRR):* **3.25%**
*Tax Equivalent Yield (TEY):* **4.95%**
*(TEY Assumes 34% Tax Bracket)*

* All payments are income tax-free in accordance with Internal Revenue Code Section 104(a)(2)
* This proposal is based upon the daily rates for Berkshire Hathaway and Prudential, rated A++ and A+ respectively by AM Best and Includes a Qualified Assignment to BHG Structured Settlements, Inc. and PASSCorp.
* This proposal is an illustration, not a contract, and valid if funded by date listed. Pricing subject to change until funded.
* IRR, TEY and Projected Payout, if any, based on Normal Life Expectancy

Prepared by: Dan Finn, CPCU, MSSC, RICP® of Finn Financial Group, LLC
CA Insurance License: 0A96173

# FINN FINANCIAL GROUP, LLC
## Structured Settlement Proposal
### for
## A. M.

*Date of Birth: November 20, 2011 (Male)*

Quote Date: March 21, 2022
Purchase Date: By May 1, 2022

## Accepted Plan

| Benefit Description | Guaranteed Benefit | Cost |
|---|---|---|
| **Guaranteed Income:** $2,000.00 per Month, Guaranteed 7 Years and 7 Months ONLY. Benefits Commence 05/01/2022 and Remain Level. | $182,000.00 | |
| **Guaranteed Income:** $3,000.00 per Month, Guaranteed 12 Years ONLY. Benefits Commence 11/20/2029 (Age 18) and Remain Level. | $432,000.00 | |
| **Guaranteed Lump Sums:** | | |
| - Payable 11/20/2029 (Age 18). | $100,000.00 | |
| - Payable 11/20/2032 (Age 21). | $250,000.00 | |
| - Payable 11/20/2036 (Age 25). | $400,000.00 | |
| - Payable 11/20/2041 (Age 30). | $1,450,000.00 | $1,725,000.00 |
| **Total:** | $2,814,000.00 | **$1,725,000.00** |

*Internal Rate of Return (IRR):* **3.14%**
*Tax Equivalent Yield (TEY):* **4.78%**
*(TEY Assumes 34% Tax Bracket)*

* All payments are income tax-free in accordance with Internal Revenue Code Section 104(a)(2).
* This proposal is based upon the daily rates for Berkshire Hathaway and Prudential, rated A++ and A+ respectively by AM Best and Includes a Qualified Assignment to BHG Structured Settlements, Inc. and PASSCorp.
* This proposal is an illustration, not a contract, and valid if funded by date listed. Pricing subject to change until funded.
* IRR, TEY and Projected Payout, if any, based on Normal Life Expectancy.

Prepared by: Dan Finn, CPCU, MSSC, RICP® of Finn Financial Group, LLC
CA Insurance License: 0A96173