**EXHIBIT "B"**

ATTACHMENT _____

TERMS AND CONDITIONS OF THE ANNUITY:

The Defendant or the Insurer shall make payable to (A) Prudential Assigned Settlement Services Corp., a check or draft in the total amount of $1,140,007.19 to be used to fund structured settlements, of which $589,985.69 is on behalf of ~~Ski Lynn McClain~~ and $550,021.50 is on behalf of ~~Anthony McClain~~. The Defendant or the Insurer shall make payable to (B) BHG Structured Settlements, Inc., a check or draft in the total amount of $2,309,992.81 to be used to fund structured settlements, of which $1,135,014.31 is on behalf of ~~Ski Lynn McClain~~ and $1,174,978.50 is on behalf of ~~Anthony McClain~~.

The structured settlement annuity shall be purchased through (A) Prudential Insurance Company of America which is rated "A+" by A. M. Best Company's Financial Strength Rating and (B) Berkshire Hathaway Life Insurance Company of Nebraska, which is rated "A++" by A.M. Best Company's Financial Strength Rating.

The future payments shall be paid as follows:

From <u>Prudential Insurance Company of America</u>:

Payee: Diondra Williams, as Mother and Natural Guardian of ~~Ski Lynn McClain~~, to be used for her sole benefit
$2,000.00 payable monthly beginning 05/01/2022 for 14 years and 2 months, with the last guaranteed payment on 6/1/2036

Payee: ~~Ski Lynn McClain~~
$3,000.00 payable monthly beginning 07/02/2036 for 12 years only, with the last guaranteed payment on 06/02/2048
$100,000.00 guaranteed lump sum at age 18 on 07/02/2036

Payee: Solemuli Afaese, as Mother and Natural Guardian of ~~Anthony McClain~~ to be used for his sole benefit:
$2,000.00 payable monthly beginning 05/01/2022 for 7 years and 7 months, with the last guaranteed payment on 11/20/2029

Payee: ~~Anthony McClain~~
$3,000.00 payable monthly beginning 11/20/2029 for 12 years only, with the last guaranteed payment on 10/20/2041
$100,000.00 guaranteed lump sum at age 18 on 11/20/2029

From <u>Berkshire Hathaway Life Insurance Company of Nebraska</u>:

Payee: ██████████
$250,000.00 guaranteed lump sum at age 21 on 07/02/2039
$450,000.00 guaranteed lump sum at age 25 on 07/02/2043
$1,925,000.00 guaranteed lump sum at age 30 on 07/02/2048

Payee: ██████████
$250,000.00 guaranteed lump sum at age 21 on 11/20/2032
$450,000.00 guaranteed lump sum at age 25 on 11/20/2036
$1,450,000.00 guaranteed lump sum at age 30 on 11/20/2041

The future payment amounts outlined above are guaranteed based upon a projected annuity purchase date of **04/18/2022**. Any delay in funding the annuity may result in a delay of the payment dates or change in payment amounts that shall be recorded in the settlement agreement and release, qualified assignment document and annuity contract without the need of obtaining an amended Court Order.

The Defendant or the Insurer will make a "qualified assignment," within the meaning of Section 130(c) of the Internal Revenue Code of 1986, as amended, of the payor's liability to make the future payments described above to (A) Prudential Assigned Settlement Services Corp. and (B) BHG Structured Settlements, Inc.. Prudential Assigned Settlement Services Corp and BHG Structured Settlements Inc's obligation for payment of the future payments described above shall be no greater than that of the Defendant or the Insurer prior to the assignment.

In the event of the death of ██████████ or ██████████ prior to the payment of any or all of the payments described above, payments shall be made to the Estate of ██████████ or Estate of ██████████, respectfully. Upon reaching age of majority, ██████████ or ██████████ may change their beneficiary designation in a form acceptable to the Assignee.