# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

DIONDRA WILLIAMS, as Guardian *ad Litem* for Minor "SM"; SOLEMULI AFAESE, as Guardian *ad Litem for "AM";* and IRENE BAILEY for the Estate of ANTHONY McCLAIN

Plaintiffs,

vs.

PASADENA POLICE OFCRs. EDWIN DUMAGUINDIN, C.ROSA, CITY OF PASADENA, & CHIEF JOHN PEREZ, individually and in their official capacities and Does 1-10, inclusive

Defendants.

CASE NO. 20-cv-9042 VAP (AS)

**REVISED *[PROPOSED]* ORDER PURSUANT TO COURT'S <u>MARCH 9, 2022</u> MINUTE ORDER RE: APPROVAL OF PETITION OF MINORS COMPROMISE**

**[HON. VIRGINIA A. PHILLIPS]**

///

///

**[*PROPOSED*] ORDER PER COURT'S 3/9/22 MINUTE ORDER**

**The Court has Ordered the:**

**PETITION FOR MINORS' COMPROMISE approved as follows:**

1.    The request for a monthly payments in the amount of **$2,000.00[1]** to each Guardian *ad Litem* is

GRANTED:_____

DENIED:_____

2.    Within (10) days of the date of this Order, the City of Pasadena shall make a draft payable to the "Prudential Assigned Settlement Services Corp." annuity company in the amount of **$1,140,007.19**  of which **$589,985.69** is for the benefit of **"SM"** and **$550,021.50** is for the benefit of **"AM".**  The City of Pasadena shall make a draft payable to "Berkshire Hathaway Structured Settlement, Inc." in the amount of **$2,309,992.81** to fund annuities for the benefit of  **"AM"** for **$1,135,014.31** and for the benefit of **"SM"** for **$1,174,978.50**

Prudential Insurance Company of America is rated "A+" by A. M. Best Company's Financial Strength Rating and Berkshire Hathaway Life Insurance Company of Nebraska which is rated "A++" by A. M. Best Company's Financial Strength Rating **(See Exhibit "A")** and the payout scheme to the minors attached as **(Exhibit "B").**

GRANTED:_____

DENIED:_____

///

///

///

_____

[1]Incorporating  by reference Dkts. #:144-147, 155-157

*[Proposed]* ORDER PER 3/9/22 Minute Order

3.    Within 10 Days of this Order the City of Pasadena shall provide a check to the **Attorney/ Client Trust Account of Caree Harper** for reimbursement of expenses to Guardians ad Litem Williams and Afaese for travel and costs to Pasadena; for Attorney Caree Harper for fees[2] and costs as follows[3]:

4.    The Court approves Attorneys fees in the amount of:

_____

_____

5.    The Court approves costs in the amount of:

_____

_____

6.    The Court directs the remaining amount to be deposited into two separate blocked accounts for the benefit of "SM" and "AM"[4].

_____

_____

_____

_____
Hon. Virginia A. Phillips
U.S. DISTRICT COURT JUDGE

_____

[2]    Ms. Harper can designate portions of her fees to structure settlement annuities in amounts of her choosing, and the City of Pasadena is Ordered to cooperate and facilitate the purchase of said annuity.

[3]    Ms. Harper has made her requests in prior filings but the Court has yet to rule with specificity and Ms. Harper cannot provide specific calculations.

[4]    Again, Ms. Harper cannot know what specific amount will or will not be approved.

3

*[Proposed]* **ORDER PER 3/9/22 Minute Order**