UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 20-09042-VAP (ASx) | Date | May 12, 2022 |
|---|---|---|---|
| Title | *Diondra Williams, as Guardian Ad Litem for "S.M.", et. al., v. Pasadena P.D. O.F.C. Edwin Dumaguindin, et. al.,* <br><br> consolidated with CV 20-09350-VAP (ASx), and CV 20-02252-VAP (ASx) | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | CS 05/12/22 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Caree Harper | Garros Chan, Eugene Ramirez, Javan Rad, |
| Luis Carrillo | Michael Carrillo, Daniel Hebert, Scott Davenport |

**Proceedings (In Chambers):**   **Order GRANTING In Part Defendants' Ex Parte Application for Order Enforcing Settlement Agreement (Dkt. No. 180)**

On May 6, 2022, Defendants City of Pasadena, Chief John Perez, and Officers Rosa and Dumaguindin ("Defendants") filed an *ex parte* application seeking an order enforcing the settlement agreement reached by the parties in this action. (Dkt. No. 180). On May 9, 2022, Plaintiffs Diondra Williams, as Guardian Ad Litem for Minor "SM," and Solemuli Afaese, as Guardian Ad Litem for Minor "AM" and Irene Bailey, filed the Declaration of Plaintiffs' Counsel, Caree Harper, in response. (Dkt. No. 181). This matter has been referred to the undersigned Magistrate Judge. (Dkt. No. 182). A hearing was held by video teleconference on May 12, 2022. The Court, having reviewed the parties' submissions, and considered the arguments presented at the hearing, GRANTS IN PART the requested relief.

Diondra Williams, Guardian Ad Litem for minor Plaintiff S.M, and Solemuli Afaese, Guardian Ad Litem for Plaintiff A.M. ("Plaintiffs") shall promptly sign and deliver the "Full Release of All Claims Agreement" ("Release") received on April 25, 2022, without any interlineations, to Garros Chan, counsel for Defendants.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 20-09042-VAP (ASx) | Date | May 12, 2022 |
|---|---|---|---|
| Title | *Diondra Williams, as Guardian Ad Litem for "S.M.", et. al., v. Pasadena P.D. O.F.C. Edwin Dumaguindin, et. al.,* consolidated with CV 20-09350-VAP (ASx), and CV 20-02252-VAP (ASx) | | |

Defendants shall make the necessary settlement payments to Plaintiffs no later than seven (7) days from the date of this Order. The payments shall be delivered to the office of Plaintiffs' counsel, Caree Harper. At the hearing, Defendants' counsel represented that Defendants would make every effort to deliver the payment by Tuesday, May 17, 2022.

As to the claims asserted by Irene Bailey ("Bailey"), as the representative for the Estate of Anthony McClain, Sr, or as successor-in-interest, against Defendants, (*see* Dkt. No. 15), the Court notes that Plaintiffs filed a notice of Bailey's death on December 14, 2021. (Dkt. No. 128). Federal Rule of Civil Procedure 25 requires that '[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ, P. 25(a)(1). Rule 25 also requires that a statement noting death "must be served on the parties as provided in Rule 5 and on nonparties as provided in Rule 4." Fed. R. Civ, P. 25(a)(3). As no party has filed a motion for substitution and it is unclear whether service was proper, the parties may show, in writing, no later than seven (7) days from the date of this Order, whether the Court must dismiss Bailey's claims.

**IT IS SO ORDERED.**

cc:    Virginia A. Phillips
       United States District Judge

                                                                    1 : 10