UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:20-cv-09042-VAP-ASx | Date October 16, 2023 |
| Title *Diondra Williams et al v. Dumaguindin et al.* | |

Present: The Honorable  VIRGINIA A. PHILLIPS, SENIOR UNITED STATES DISTRICT JUDGE

| DAMON BERRY | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present                         None Present

**Proceedings:** ORDER TO SHOW CAUSE AS TO WHY THE STAY SHOULD NOT BE LIFTED (IN CHAMBERS)

On October 25, 2022, defendants filed a Notice of Appeal with the United States Court of Appeals for the Ninth Circuit, appealing this Court's Order (Doc. No. 296) denying in part defendants' motion for summary judgment. (Doc. No. 301.) On October 31, 2022, the Court stayed this action pending the appeal. (Doc. No. 309.) On December 5, 2022, the Court denied Plaintiff Archie Barry's motion to lift the stay, and ordered the parties to notify the Court of the Ninth Circuit's decision no later than five days after one was issued. (Doc. No. 34.)

On August 2, 2023, the Ninth Circuit issued an Order dismissing the appeal pursuant to the parties' motion. (Doc. No. 319.) The parties, however, have not yet filed a notice concerning the status of this action. Accordingly, the Court ORDERS the parties to show cause, in writing, no later than October 23, 2023 why the stay should not be lifted.

**IT IS SO ORDERED.**