1    Luis A. Carrillo, Esq. (SBN 70398)
2    Michael S. Carrillo, Esq. (SBN 258878)
     CARRILLO LAW FIRM, LLP
3    1499 Huntington Drive, Suite 402
4    South Pasadena, California 91030
     Telephone:  (626) 799-9375
5    Facsimile:   (626) 799-9380
6
7    Attorneys for Plaintiff
     ARCHIE BARRY
8
9
10                 **UNITED STATES DISTRICT COURT**
11                **CENTRAL DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| 13   **DIONDRA WILLIAMS as Gaurdian** | Lead Case No. 2:20-cv-09042-VAP (ASx) |
| 14   **ad Litem for Minor "SM";** | Consol. w/ 2:20-CV-09350 VAP (ASx) |
| 15   **SOLEMULI AFAESE as Gaurdian ad** | Consol. w/ 2:20-cv-02252-VAP (ASx) |
|    **Litem for Minor "AM"; & IRENE** | |
| 16   **BAILEY as the representative for the** | *Hon. District Judge Virginia A. Phillips* |
| 17   **Estate of Anthony McClain, Sr.,** | *Hon. Magistrate Judge, Alka Sagar* |
| 18 | |
| 19             **Plaintiffs,** | **JOINT STIPULATION FOR** |
| 20 | **DISMISSAL WITH PREJUDICE** |
| 21   **v.** | |
| 22 | |
| 23   **PASADENA P.D. OFC. EDWIN** | |
| 24   **DUMAGUINDIN, OFC. C. ROSA,** | |
|    **CITY OF PASADENA, & CHIEF** | |
| 25   **JOHN PEREZ, individually and in** | |
| 26   **their official capacities and DOES 1-10,** | |
|    **inclusive** | |
| 27 | |
| 28            **Defendants.** | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by Defendant PASADENA P.D., OFC. E. DUMAGUINDIN, OFC. C. ROSA, CITY OF PASADENA, CHIEF JOHN PEREZ and ARCHIE BARRY, individually, and as successor-in-interest for Decedent, Anthony McClain, to the Dismissal With Prejudice of ARCHIE BARRY's claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED:  October 18, 2023          **MANNING & KASS**
                                  **ELLROD, RAMIREZ, TRESTER LLP**

                                  By:      /s/ Eugene P. Ramirez
                                  _____
                                  Eugene P. Ramirez. Esq.
                                  Garros Chan, Esq.
                                  *Attorneys for Defendants*


DATED:  October 18, 2023          **CARRILLO LAW FIRM, LLP**

                                  By: /s/ Michael S. Carrillo, Esq.
                                  _____
                                  Luis A. Carrillo, Esq.
                                  Michael S. Carrillo, Esq.
                                  *Attorneys for Plaintiff Archie Barry*


        Pursuant to local 5-4.3.4, I, Michael S. Carrillo, attest that Eugene Ramirez concurs with the content of this joint stipulation and has authorized the filing of the same.

Dated:  October 18, 2023          CARRILLO LAW FIRM, LLP


                                   /s/ Michael S. Carrillo
                                  _____
                                  Michael S. Carrillo
                                  Attorney for Plaintiff