1  Luis A. Carrillo, Esq. (SBN 70398)
2  Michael S. Carrillo, Esq. (SBN 258878)
   CARRILLO LAW FIRM, LLP
3  1499 Huntington Drive, Suite 402
4  South Pasadena, California 91030
   Telephone:  (626) 799-9375
5  Facsimile:   (626) 799-9380
6
7  Attorneys for Plaintiff
   ARCHIE BARRY
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIONDRA WILLIAMS as Gaurdian ad Litem for Minor "SM"; SOLEMULI AFAESE as Gaurdian ad Litem for Minor "AM"; & IRENE BAILEY as the representative for the Estate of Anthony McClain, Sr.,**<br><br>                Plaintiffs,<br><br>v.<br><br>**PASADENA P.D. OFC. EDWIN DUMAGUINDIN, OFC. C. ROSA, CITY OF PASADENA, & CHIEF JOHN PEREZ, individually and in their official capacities and DOES 1-10, inclusive**<br><br>                **Defendants.** | Lead Case No. 2:20-cv-09042-VAP (ASx)<br>Consol. w/ 2:20-CV-09350 VAP (ASx)<br>Consol. w/ 2:20-cv-02252-VAP (ASx)<br><br>*Hon. District Judge Virginia A. Phillips*<br>*Hon. Magistrate Judge, Alka Sagar*<br><br>**[PROPOSED] ORDER REGARDING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1   Based on the parties' joint stipulation for dismissal with prejudice, IT IS SO
2   ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All
3   other existing dates and deadlines in this matter are hereby vacated.
4
5   IT IS SO ORDERED.
6
7   Date:  _____
8   UNITED STATES DISTRICT COURT JUDGE