Luis A. Carrillo, Esq. (SBN 70398)
Michael S. Carrillo, Esq. (SBN 258878)
CARRILLO LAW FIRM, LLP
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Telephone:  (626) 799-9375
Facsimile:   (626) 799-9380

Attorneys for Plaintiff
ARCHIE BARRY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIONDRA WILLIAMS as Gaurdian ad Litem for Minor "SM"; SOLEMULI AFAESE as Gaurdian ad Litem for Minor "AM"; & IRENE BAILEY as the representative for the Estate of Anthony McClain, Sr.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**PASADENA P.D. OFC. EDWIN DUMAGUINDIN, OFC. C. ROSA, CITY OF PASADENA, & CHIEF JOHN PEREZ, individually and in their official capacities and DOES 1-10, inclusive**<br><br>**Defendants.** | Lead Case No. 2:20-cv-09042-VAP (ASx)<br>Consol. w/ 2:20-CV-09350 VAP (ASx)<br>Consol. w/ 2:20-cv-02252-VAP (ASx)<br><br>*Hon. District Judge Virginia A. Phillips*<br>*Hon. Magistrate Judge, Alka Sagar*<br><br>**PLAINTIFF ARCHIE BARRY'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** |

Pursuant to the Court's Order to Show Cause issued by Judge Virginia A. Phillips on October 17, 2023, Plaintiff ARCHIE BARRY hereby submits this Report:

Defendants PASADENA P.D., OFC. E. DUMAGUINDIN, OFC. C. ROSA, CITY OF PASADENA, CHIEF JOHN PEREZ and Plaintiff ARCHIE BARRY have reached a full and final resolution in this case.

On October 19, 2023, a Joint Stipulation for Dismissal with Prejudice was filed. Counsel apologizes to the Court for not filing the stipulated dismissal with prejudice previously. Counsel ask that the court dismiss this action with prejudice now that the parties have reached a full and final resolution in this case. There is no need to further address the stay in this action since the entire action has been resolved and the parties wish to dismiss with prejudice. Thank you.

DATED: October 23, 2023     **CARRILLO LAW FIRM, LLP**

By: /s/ Michael S. Carrillo, Esq.
Luis A. Carrillo, Esq.
Michael S. Carrillo, Esq.
*Attorneys for Plaintiff Archie Barry*