Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Craig Smith (State Bar No. 265676)
*craig.smith@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

MICHELE BEAL BAGNERIS, City Attorney
State Bar No. 115423
mbagneris@cityofpasadena.net
ARNOLD F. LEE, Assistant City Attorney
State Bar No. 278610
aflee@cityofpasadena.net
100 N. Garfield Avenue, Suite N210
Pasadena, CA 91109
Telephone: (626) 744-4141
Facsimile: (626) 744-4190

Attorneys for Defendants, CITY OF PASADENA, CHIEF JOHN PEREZ, OFFICER C. ROSA, and OFFICER EDWIN DUMAGUINDIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIONDRA WILLIAMS, as Guardian ad Litem for Minor "S.M."; SOLEMULI AFAESE, as Guardian ad Litem for Minor "A.M"; & IRENE BAILEY as the representative for the Estate of Anthony McClain, Sr.<br><br>Plaintiff,<br><br>v.<br><br>PASADENA P.D. OFC. EDWIN DUMAGUINDIN, OFC. C. ROSA, CITY OF PASADENA, & CHIEFJOHN PEREZ, individually and in their official capacities and DOES 1-10, inclusive,<br><br>Defendant. | Lead Case No. 2:20-CV-09042 VAP (ASx)<br><br>[Consolidated with Case No.: 5:20-cv-02252-VAP (ASx) and 2:20-CV-09350-VAP (ASx)]<br><br>*[Assigned to the Honorable District Judge Virginia A. Phillips, Magistrate Judge, Alka Sagar]*<br><br>**DEFENDANTS CITY OF PASADENA, CHIEF JOHN PEREZ, OFFICER C. ROSA, AND OFFICER EDWIN DUMAGUINDIN'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** |

/ / /

4855-9478-2090.1

**DEFENDANTS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

Pursuant to the Court's Order to Show Cause issued by Judge Virginia A. Phillips on October 17, 2023, Defendants CITY OF PASADENA, CHIEF JOHN PEREZ, OFFICER C. ROSA, and OFFICER EDWIN DUMAGUINDIN hereby submits this Report:

Defendants CITY OF PASADENA, CHIEF JOHN PEREZ, OFFICER C. ROSA, and OFFICER EDWIN DUMAGUINDIN and Plaintiff ARCHIE BARRY have reached a full and final resolution in this case.

On October 19, 2023, a Joint Stipulation for Dismissal with Prejudice was filed. Counsel apologizes to the Court for not filing the stipulated dismissal with prejudice previously. Counsel ask that the court dismiss this action with prejudice now that the parties have reached a full and final resolution in this case. There is no need to further address the stay in this action since the entire action has been resolved and the parties wish to dismiss with prejudice. Thank you.

DATED: October 23, 2023

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By: ___*/s/ Eugene P. Ramirez*___
Eugene P. Ramirez
Attorneys for Defendants, CITY OF PASADENA, CHIEF JOHN PEREZ, OFFICER C. ROSA, and OFFICER EDWIN DUMAGUINDIN