Luis A. Carrillo, Esq. (SBN 70398)
Michael S. Carrillo, Esq. (SBN 258878)
CARRILLO LAW FIRM, LLP
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Telephone: (626) 799-9375
Facsimile: (626) 799-9380

Attorneys for Plaintiff
ARCHIE BARRY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIONDRA WILLIAMS as Gaurdian ad Litem for Minor "SM"; SOLEMULI AFAESE as Gaurdian ad Litem for Minor "AM"; & IRENE BAILEY as the representative for the Estate of Anthony McClain, Sr.,**<br><br>  Plaintiffs,<br><br>v.<br><br>**PASADENA P.D. OFC. EDWIN DUMAGUINDIN, OFC. C. ROSA, CITY OF PASADENA, & CHIEF JOHN PEREZ, individually and in their official capacities and DOES 1-10, inclusive**<br><br>  **Defendants.** | Lead Case No. 2:20-cv-09042-VAP (ASx)<br>Consol. w/ 2:20-CV-09350 VAP (ASx)<br>Consol. w/ 2:20-cv-02252-VAP (ASx)<br><br>*Hon. District Judge Virginia A. Phillips*<br>*Hon. Magistrate Judge, Alka Sagar*<br><br>**ORDER REGARDING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Based on the parties' joint stipulation for dismissal with prejudice, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Date:  October 24, 2023        _____
                               *Virginia A. Phillips*
                               UNITED STATES DISTRICT COURT JUDGE